# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ERIC MITCHELL BLANTON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-32 |
| v. | * | |
| BENJAMIN DELOACH, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's March 18, 2016, Report and Recommendation, dkt. no. 6, to which objections have been filed. A review of Petitioner Eric Blanton's ("Blanton") Objections fails to reveal that he exhausted his state court remedies prior to filing his Petition with the Court, that there is an absence of available state corrective process, or that circumstances exist that render available state corrective process ineffective to protect Blanton's rights.

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court, and Plaintiff's Objections, dkt no. 8, are **OVERRULED**. The Court **DISMISSES**, without prejudice, Blanton's Petition for Writ of

Habeas Corpus filed pursuant to 28 U.S.C. § 2254. The Court also **DENIES** Plaintiff leave to appeal *in forma pauperis* and a certificate of appealability. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17 day of June, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA